## CERTIFICATE OF SERVICE

I, Sandi Shidner, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 4, 2020 by:

[X]  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Frederic W. Cook & Co., Inc.
> attn.: President, CEO or other Officer
> 4685 Third Ave., 28th Floor
> New York, NY 10017

[ ]  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]  Residence Service: By leaving the process with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail     addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [Describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                            (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 4, 2020           */s/ Sandi Shidner*
                                              Signature

>    Print Name:          Sandi Shidner, Paralegal
>    Business Address:   Cozen O'Connor
>                                   1201 North Market Street, Suite 1001
>                                   Wilmington, DE 19801