IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (JTD) |
| Debtor. | |
| PROVINCE, INC., AS WIND DOWN ADMINISTRATOR OF THE OREXIGEN WIND DOWN ENTITY, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-50541 (JTD) |
| FREDERIC W. COOK & CO., INC., | |
| Defendant | |

## CERTIFICATE OF SERVICE

I, Gregory F. Fischer, Esq. hereby certify that on October 27, 2020, I caused to be served a copy of the foregoing document electronically upon all parties entered on the Court's Electronic Case Filing System for this case and via First Class mail, upon:

> Frederic W. Cook & Co., Inc.
> attn.: President, CEO or other Officer
> 4685 Third Ave., 28th Floor
> New York, NY 10017

Dated:  October 27, 2020

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000; F: (302) 295-2013
gfischer@cozen.com

*Counsel for the Wind Down Administrator*